IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.      1:23 CR 00535 |
| | : | |
| Plaintiff | : | JUDGE CHRISTOPHER A. BOYKO |
| | : | |
| vs. | : | |
| | : | **MOTION TO REQUEST** |
| | : | **INTERIM PAYMENT** |
| DANIEL KOVACIC, | : | |
| | : | |
| Defendant | : | |
| | : | |
| | : | |

Now comes the Defendant,  by and through counsel, and hereby moves this Honorable Court for an Order to pay an Interim Payment for services rendered in this action. Continue all dates and times in the above captioned action.

Counsel his Honorable Court granted the Motion to Withdraw on November 30TH, 2023.

For the forgoing reason, counsel respectfully requests this Honorable Court grant this motion.

Respectfully submitted,

/s/ John P. Luskin
JOHN P. Luskin 0040158
5252 Meadow Wood Blvd. Suite 121
Cleveland, Ohio 44124
(216) 513-6099
john@johnluskin.org

Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that the following Motion and Waiver  was provided  Rebecca C. Lutzko, Esq.,  United States Attorney for the Northen District of Ohio, Brian Deckert, Esq., Assistant United States Attorneys  was forwarded via the Court's Electronic Filing System this 20th  day of December 2023.


/s/ John P. Luskin

_____

JOHN P. LUSKIN
Attorney for Defendant