Filing # 101734 / 09CR000819 / CULOTTA, VINCENT A.
Lake Co Common Pleas Court, Clerk Faith Andrews 02/01/2023 01:20 PM

# IN THE COURT OF COMMON PLEAS

# LAKE COUNTY, OHIO

| | |
|---|---|
| **STATE OF OHIO,**<br>Plaintiff, | ) CASE NO. <u>09CR000819</u><br>)<br>)<br>) **JUDGMENT ENTRY**<br>)<br>) |
| **DANIEL EDWARD KOVACIC,**<br>Defendant. | )<br>) |

Defendant, **DANIEL EDWARD KOVACIC**, was found guilty of **Felonious Assault, F-2,** and **Tampering with Evidence, F-3**, and on **January 23, 2020**, the Court imposed a sentence of community control sanctions under the general control and supervision of the probation department for a period of **three (3)** years. The Court now finds and determines that defendant has complied with the sanctions of community control and the terms of supervision.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the defendant, **DANIEL EDWARD KOVACIC,** be and hereby is released from community control sanctions and supervision, and that said defendant be restored to the civil rights of citizenship previously removed under R.C. 2961.01.

JUDGE VINCENT A. CULOTTA