# Ashland University

Ashland, Ohio

To all persons to whom this writing shall come
Be it known that the Board of Trustees in accordance with the recommendation of
the Faculty and the President, in recognition of the successful completion of the
requisite course of study have conferred upon

## Daniel E. Kovacic

the degree of

## Bachelor of Arts

Magna Cum Laude Gamma Alpha Kappa

with all the rights, honors and privileges pertaining to the degree.

In Witness Whereof the Seal of the University and the
Signatures of its duly authorized Officers are hereunto affixed
Presented at Ashland, Ohio, the 22nd day of August, 2019.

President

Chair, Board of Trustees

Provost

Secretary, Board of Trustees