# Ashland University

Ashland, Ohio

To all persons to whom this writing shall come
Be it known that the Board of Trustees in accordance with the recommendation of the Faculty and the President, in recognition of the successful completion of the requisite course of study have conferred upon

## Daniel Edward Kovacic

the degree of

## Associate of Arts

Cum Laude  Gamma  Alpha  Kappa

with all the rights, honors and privileges pertaining to the degree.
In Witness Whereof the Seal of the University and the Signatures of its duly authorized Officers are hereunto affixed at Ashland, Ohio, this fourth day of May, 2018.

_Carlos Campo_
President

_Jayne A. Lamb_
Chair, Board of Trustees

_E-U Y_
Provost

_Gary L. Courtright_
Secretary, Board of Trustees