**Weed Man**
WE CARE FOR YOUR LAWN

# CERTIFICATE OF ACHIEVEMENT

THIS ACKNOWLEDGES THAT

## DAN KOVACIC

WAS THE HIGHEST PRODUCING SALES REPRESENTATIVE FOR THE 2021 SEASON.

NET SALES REVENUE SOLD – MORE THAN $491,458

_____  
SALES MANAGER

_____  
OWNER

---

**Weed Man**
WE CARE FOR YOUR LAWN

# CERTIFICATE OF ACHIEVEMENT

THIS ACKNOWLEDGES THAT

## DAN KOVACIC

WAS THE HIGHEST PRODUCING SALES REPRESENTATIVE FOR THE 2022 SEASON.

NET SALES REVENUE SOLD – MORE THAN $637,662

_____  
SALES MANAGER

_____  
OWNER