October 3, 2023

Dear Judge Boyko,

We have known Dan Kovacic since Spring 2021 when he became a member of The Wickliffe Knights of Columbus organization. He has been an active member attending meetings, a past officer, volunteers to help with our pancake breakfasts, various fundraisers, family and community events including Our Lady of Mount Carmel Church festival booth. He also attends Our Lady of Mount Carmel Church services and volunteers at THE FEST in August. Dan's help and support gives hope that a younger generation is interested helping others.

Respectfully,

*[signature]*
Gregory C. Wintertiller PGK

*[signature]*
SK Thomas Bogo, PFN
Past Grand Knight

Thomas E. Peterson

*[signature]*
SK John P Urwin
Past Grand Knight