IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:23-cr-00535 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| DANIEL KOVACIC, | ) | **MOTION TO WITHDRAW AS** |
| | ) | **COUNSEL AND APPOINT NEW** |
| Defendant. | ) | **COUNSEL** |
| | ) | |

Now comes counsel for Defendant Daniel Kovacic, Marisa L. Serrat, and respectfully moves this Honorable Court grant counsel's request to withdraw as CJA counsel for the Defendant in the above captioned matter. There has been a breakdown in the attorney/client relationship between undersigned counsel and Mr. Kovacic. Based upon the foregoing, undersigned counsel respectfully requests permission from this Honorable Court to withdraw as counsel and assign Mr. Kovacic new CJA counsel to represent him in this matter.

Respectfully Submitted,

s/ Marisa L. Serrat_____
**Marisa L. Serrat (#0088840)**
Attorney for the Defendant
55 Public Square
2100 Illuminating Building
Cleveland, OH  44113
(216) 696-2150; (216) 696-1718- F
Mserratlaw@gmail.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2024, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

s/Marisa L. Serrat<br>
**Marisa L. Serrat (#0088840)**<br>
Attorney for the Defendant