

Dan–
I'm coming back after my class. Ends @ 800. I have other phone. I'll call you as soon as I'm out!

K

I fed Daisley @ 500 too.