| | | |
|---|---|---|
| STATE OF OHIO | ) | |
| | ) ss. | AFFIDAVIT |
| COUNTY OF CUYAHOGA | ) | |

Before me, the undersigned Notary, investigator TOM PAVLISH, investigator did come and appear, who after being duly sworn, did state:

1. I was retained in the capacity of an investigator to assist with *United States v. Daniel Kovacic*, Northern District of Ohio case number 1:23-cr-00535 and the August 17, 2023 incident allegations contained within the Indictment.

2. I personally spoke with Paul Spooner regarding the above captioned incident, who advised me of the following:
   a. He immediately quipped, "I don't know why people think I saw something. I didn't";
   b. He explained that he had just gotten off work when he noticed "cops" blocking off the road running around with AR-15s;
   c. One of the officers called him over and advised him that they received a call of someone shooting;
   d. He never told a police officer that he saw someone shooting; he does not know why or how this rumor started;
   e. He was only interviewed by police once;
   f. He does not recall if he prepared a written statement

3. I personally spoke with Keyona McQuarter regarding the above captioned incident, who advised me of the following:
   a. She was in her kitchen with her son eating Chipotle;
   b. She was on the phone when she heard three to four gunshots;
   c. She did not see who fired the gunshots;
   d. She is unable to see out into the front from where she was in the kitchen;
   e. She and her son went upstairs within fifteen seconds; she did not see client or anyone with a firearm;

4. I personally spoke with Kelly Siebert regarding the above captioned incident, who advised me of the following:

  a. She never told the police that she saw Daniel with a gun; she told the police on multiple occasions that she never saw Daniel with a gun;

  b. She never observed Daniel exit or reenter the apartment;

  c. She never saw Daniel place a gun in the couch or remove a gun from the couch.

5. I personally spoke with Michael Wojciechowicz on the telephone regarding the above captioned incident, who advised me of the following:

  a. A Wickliffe police officer…wrote out his statement as he "dictated"; he does not recall why the officer wrote in the statement; he does not recall discussing this with the officer beforehand;

  b. He does not recall having seen any visitors at 1548 Ridgewick on August 17, 2023.

  c. He does not recall having seen anyone in the visitor parking area before or after the incident at issue.

I declare that to the best of my knowledge and belief, the information contained herein is true, correct, and complete.

_____
TOM PAVLISH