**WICKLIFFE POLICE DEPARTMENT**
**STATEMENT OF WITNESS**

DATE:_____    REPORT#_____

I, _____Daniel Spooner_____, hereby make this voluntary statement

concerning ___Dan my neighbor___

which occurred on the _____ day of _____, 20___ at _____ am/pm.

two weeks ago we got in a argumament about his music and we said we would fite he pulled a gun on me and cocked it back with a laser pointed on my chest

Signed: _____  DOB:_____  SSN:_____
Address:_____  Phone:(  )_____
Witnessed by:_____  Page#____ of____