STATE OF OHIO )
) ss.       AFFIDAVIT
COUNTY OF CUYAHOGA )

Before me, the undersigned Notary, DANIEL KOVACIC, did come and appear, who after being duly sworn, did state:

1. I, Daniel Kovacic, did not "pull[ed] a 9mm silver pistol out" during an argument with David Spooner approximately two weeks prior to August 17, 2023.

2. I, Daniel Kovacic, did not possess a 9mm silver pistol during an argument with David Spooner approximately two weeks prior to August 17, 2023.

3. I, Daniel Kovacic, did not "rack[ed] the slide" during an argument with David Spooner approximately two weeks prior to August 17, 2023.

4. I, Daniel Kovacic, did not point a gun at David Spooner's chest approximately two weeks prior to August 17, 2023.

5. I, Daniel Kovacic, did not threaten David Spooner approximately two weeks prior to August 17, 2023.

I declare that to the best of my knowledge and belief, the information contained herein is true, correct, and complete.

_____
DANIEL KOVACIC

_____
NOTARY
Sworn to and subscribed before me,
This __4TH__ day of November, 2024.
Notary Expiration Date: NEVER ATTORNEY

MARISA LARRICK SERRAT
Attorney at Law
Notary Public, State of Ohio
My Comm. Has No Exp. Date
R.C. Sec. 147.03