IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:23-cr-00535 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| DANIEL KOVACIC, | ) | **DEFENDANT'S MOTION TO SEAL** |
| | ) | **EXHIBITS 43-3, 43-4, 43-5 AND 43-8 TO** |
| Defendant. | ) | **DEFENDANTS MOTION TO** |
| | ) | **SUPPRESS SEARCH OF WICKLIFFE** |
| | ) | **RESIDENCE** |
| | ) | |

Now comes the Defendant, Daniel Kovacic, by and through his undersigned counsel Marisa L. Serrat, and hereby respectfully requests this Honorable Court to grant the defense's request to seal Defendant's Exhibits 43-3 (Exhibit C- Officer Ross Messages), 43-4 (Exhibit D- Wickliffe Police Report), 43-5 (Exhibit E- Witness Statements), and 43-8 (8 Exhibit J- Kelly Siebert Written Statement) to the Defendant's Motion to Suppress the search of the Wickliffe Residence. These exhibits contain information that should be redacted from the public record. As a result, the defense respectfully requests this Honorable Court to Order documents 43-3, 43-4, 43-5, and 43-8 to be sealed.

Respectfully Submitted,

s/ Marisa L. Serrat
**JAIME P. SERRAT LLC**
Marisa L. Serrat, (#00888410)
55 Public Square
2100 Illuminating Building
Cleveland, OH 44113
(216) 696-2150; (216) 696-1718- fax
Mserratlaw@gmail.com
Counsel for Defendant

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Marisa L. Serrat_____  
**JAIME P. SERRAT LLC**  
Marisa L. Serrat, (#00888410)