IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:23-cr-00535 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| DANIEL KOVACIC, | ) | NOTICE OF APPEAL |
| | ) | |
| Defendant. | ) | |

Now comes Defendant Daniel Kovacic, by and through his undersigned counsel, and hereby gives Notice of Appeal to the United States Court of Appeals for the Sixth Circuit from the September 18, 2025 Judgment (R. 79) in the United States District Court, Northern District of Ohio case number 1:23-cr-00535, including but not limited to, the Court's rulings on Defendant's Pre-Trial Motions to Dismiss and Suppress, based upon the questions of law and fact in the above-captioned case.

Respectfully Submitted,

s/ Marisa L. Serrat
**JAIME P. SERRAT LLC**
Marisa L. Serrat, (#0088840)
Attorney for Defendant
55 Public Square, Suite 2100
Cleveland, OH 44113
(216) 696-2150; (216) 696-1718- fax
MSerratlaw@gmail.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Respectfully Submitted,

s/ Marisa L. Serrat
**JAIME P. SERRAT LLC**
Marisa L. Serrat, (#0088840)